DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARRIE LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
PEDRO ALBA-VEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:07-cr-00278 LJO |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ) ) | ORDER THEREON |
| PEDRO ALBA-VEGA, | ) ) | Date : March 28, 2008 |
|  | ) | Time: 9:00 a.m. |
| Defendant. | ) ) | Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for February 15, 2008, may be continued to **March 28, 2008 at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for preparation of a pre-plea presentence investigation report and additional plea negotiation prior to the hearing. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for further defense
3  preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

4  McGREGOR W. SCOTT
   United States Attorney
5

6  DATED: February 12, 2008          /s/ Ian Garriques
                                     IAN GARRIQUES
7                                    Assistant United States Attorney
                                     Attorney for Plaintiff
8

9

10                                   DANIEL J. BRODERICK
                                     Federal Defender
11

12  DATED: February 12, 2008         /s/ Carrie S. Leonetti
                                     CARRIE S. LEONETTI
13                                   Assistant Federal Defender
                                     Attorney for Defendant
14                                   PEDRO ALBA-VEGA

15

16

17                                **O R D E R**

18  Good cause exists for the requested continuance.   Time is excluded in the interests of justice pursuant to
19  18 U.S.C.  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

20

21  IT IS SO ORDERED.

22  **Dated:   February 13, 2008**        /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE
23

28  Stipulation to Continue Status Conference
    Hearing; [Proposed] Order Thereon              2